UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$9,781,900.00 OF FUNDS IN THE NAME OF FALCON STRATEGIC SOLUTIONS;<br><br>$582,000.00 OF FUNDS IN THE NAME OF FALCON STRATEGIC SOLUTIONS;<br><br>$3,886,973.41 OF FUNDS IN THE NAME OF FINROST LIMITED;<br><br>$15,179,860.00 OF FUNDS IN THE NAME OF FINROST LIMITED; and<br><br>$4,549,719.80 OF FUNDS IN THE NAME OF VECTURA TRANS,<br><br>Defendants. | Civil Action No.  22-0898-RDM |

**WARRANT FOR ARREST *IN REM***

TO:   THE UNITED STATES MARSHAL'S SERVICE AND/OR ANY OTHER DULY AUTHORIZED UNITED STATES OFFICER OR EMPLOYEE:

WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United States District Court for the District of Columbia, on the 4th day of April, 2022, alleging that the defendant properties are subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C);

      YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant properties, thus bringing within the jurisdiction of the Court, said defendant properties, more fully described as:

**$9,781,900.00 OF FUNDS IN THE NAME OF FALCON STRATEGIC SOLUTIONS;**

**$582,000.00 OF FUNDS IN THE NAME OF FALCON STRATEGIC SOLUTIONS;**

**$3,886,973.41 OF FUNDS IN THE NAME OF FINROST LIMITED;**

**$15,179,860.00 OF FUNDS IN THE NAME OF FINROST LIMITED;**

- and -

**$4,549,719.80 OF FUNDS IN THE NAME OF VECTURA TRANS,**

      YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed unless, pursuant to Rule G(3)(c)(ii)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the defendant properties are in the government's possession, custody, or control.

Dated:



Angela D. Caesar
Clerk of the Court

By:   /s/ Marlene Hight
Deputy Clerk