UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                *Plaintiff,*

-v.-

$9,781,900.00 OF FUNDS IN THE NAME OF
FALCON STRATEGIC SOLUTIONS;

$582,000.00 OF FUNDS IN THE NAME OF
FALCON STRATEGIC SOLUTIONS;

$3,886,973.41 OF FUNDS IN THE NAME OF
FINROST LIMITED;

$15,179,860.00 OF FUNDS IN THE NAME OF
FINROST LIMITED; and

$4,549,719.80 OF FUNDS IN THE NAME OF
VECTURA TRANS,

                *Defendants In Rem.*

Civil Action
No. 22-CV-00898 (RDM)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## VERIFIED CLAIM AND STATEMENT OF INTEREST OR RIGHT IN PROPERTY SUBJECT TO FORFEITURE IN REM

TO: THE CLERK, UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

      Non-party Calidus LLC ("Calidus") hereby claims the following defendant property, by the Declaration of Mr. Cherif Boumedine (Finance Manager):

      (1)    $582,000.00 of funds in the name of Falcon Strategic Solutions DOO, as sent by Calidus, and currently held at U.S. Bank 2 (believed to be Deutsche Bank Trust Company Americas), as alleged in the Verified Complaint, described *infra*.

1

Calidus is a highly respected and responsible corporate citizen not only in the UAE, but the entire Middle Eastern region. (A true and correct copy of the Calidus Commercial License is attached as Exhibit A) Far from being a shadowy actor skirting international sanctions, it has a public profile through regular participation in international trade shows common to legitimate government contractors, and even hosts a colorful website (Calidus.ae). Calidus is a defense-focused Technology Development and Manufacturing Company, founded in 2015 and based in Abu Dhabi, the capital of the United Arab Emirates. Calidus provides Aeronautical and Land Systems cutting-edge technology, forefront products and fully integrated solutions to its clients, from the design and engineering phase to development. Calidus group employs hundreds of Engineers and corporate staff and has two corporate locations, one in Abu Dhabi city and the other in Al Ain, both in the United Arab Emirates. Calidus subcontracts parts of its production and design to major international Aerospace and Defense companies, including from the United States of America. It manufactures and sells to government entities both the B-250 light attack aircraft and the WAHASH Infantry Fighting Vehicle (IFV) / Armoured Personnel Carrier (APC). Calidus will also make certain industrial enterprise investments as appropriate to Calidus' Strategy and Program Management.

## ARGUMENT

Supplemental Rule G(5)(A)(I) provides that:

(i) A person who asserts an interest in the defendant property may contest the forfeiture by filing a claim in the court where the action is pending. The claim must:

(A) identify the specific property claimed;

(B) identify the claimant and state the claimant's interest in the property;

(C) be signed by the claimant under penalty of perjury

After Calidus' wire transfer was frozen, Calidus had, without United States counsel, attempted to have its funds released by the United States Department of the Treasury on two separate occasions, both denied summarily. In Calidus' second attempt, by a request for reconsideration made on November 22, 2021, Calidus wrote that "the finance team of Calidus LLC had checked the OFAC online public lists of sanctioned entities and persons and they did not find the name of the beneficiary of the transfer (Falcon Strategic Solutions DOO) as being under any sanctions lists at the time[.]" (A true and correct copy of Calidus' November 22, 2021 Letter is attached as Exhibit b) As the letter states, Calidus then initiated the transfer on October 15, 2018.

As Calidus had also advised the Department of the Treasury, "It was only on the 5th of February 2019 that the local bank, First Abu Dhabi Bank (FAB), has informed Calidus LLC that Deutsche Bank Trust Company Americas (the correspondent bank in the US) confirmed that the funds were blocked due to sanctions by OFAC."

As Calidus continued in its November 22, 2021 letter: "we didn't know that we were dealing with a sanctioned entity or individuals. The team checked when they did the transfer and none of the names of the counterparties were listed as sanctioned entities. Also, the local bank in Abu Dhabi sent out the transfer without any issues (which is not possible to do under the UAE central bank rules if the entity was already listed as sanctioned entity). Finally the banks didn't know why the transfer was blocked for several months (from October 2018 to February 2019)."

I was in charge of managing the funds transfer of the underlying transaction, and I have personally, with other colleagues at Calidus, investigated the circumstances and context thereof thoroughly, and with the aid of United States counsel. From what we found, it seems that the blocking of the funds may have been done by mistake due to the similarity in the names of, on

applicable time was based on the U.S. government's own sanctions list. Calidus specifically relied on that list – it should not be punished for doing so.

WHEREFORE, Calidus respectfully requests the reinstatement of its rightful interest in the aforesaid defendant currency.

I, CHERIF BOUMEDINE, declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated upon information and belief, and as to those matters I believe them to be true.

Executed this 25 of January, 2023, at  Abu Dhabi  .

_____
CHERIF BOUMEDINE

# **EXHIBIT A**

CALIDUS

Date: 22/Nov/2021

**From:**

**Calidus LLC**
P.O. Box 6601, Rabdan Street
Airport Road, Abu Dhabi,
U.A.E.

**To:**

Department of Treasury
Washington D.C., 20220
U.S.A

**Sub: Reconsideration of Case No. GLOMAG-2019-363474-1**

Dear Madam or Sir,

Reference is made to your letter dated 5 November 2021 under which you have informed us that our request for the release of our blocked funds has been denied by the Office of Foreign Assets Control (OFAC).

The purpose of this letter is to further explain to you the circumstances and timing of our transfer of funds which has been blocked by OFAC. Indeed, Calidus LLC has made a transfer through its Originating Bank: First Abu Dhabi Bank P.J.S.C on 10/16/2018. At the date of this transfer, the finance team of Calidus LLC had checked the OFAC online public lists of sanctioned entities and persons and they did not find the name of the beneficiary of the transfer (Falcon Strategic Solutions DOO) as being under any sanctions lists at the time, they initiated the transfer. Therefore, to the best of Calidus LLC's knowledge, having made reasonable checks at that time, the funds were transferred to a counterparty which was not a sanctioned entity. It is only on the 5th of February 2019 that Deutche Bank Trust Company Americas (the correspondent bank) has informed Calidus LLC and its local bank that the recipient of the transfer was under sanctions by OFAC.

We therefore kindly ask you to confirm the date on which OFAC has added the name of the beneficiary of the blocked transfer (Falcon Strategic Solutions DOO) to its public lists available online on its website. It is a general legal principle that applications of laws, rules, and regulations, including the addition of entities and persons to a sanctions list, could not have a retroactive effect.

We would also wish to inform you that Calidus LLC is a company incorporated in the United Arab Emirates, a close ally of the United States of America. It is a medium size company and its main suppliers are companies based in the United States of America, Canada, and the European Union, all of which are part of the Nato alliance.

Therefore, we reiterate our request, having provided this additional information to OFAC, to reconsider its decision and its determination and to grant Calidus LLC the necessary license and approval to release the blocked funds and return them to Calidus LLC account.

Sincerely,
**On Behalf of Calidus LLC**

Name: **CHERIF BOUMEDINE**
Title: **Finance Manager**

# EXHIBIT B

  

# Commercial License

رخصـــة تجارية

| | | | | |
|---|---|---|---|---|
| **License No** | : | CN-1433717 | : | رقم الرخصة |
| **ADCCI No** | : | 309762 | : | عضوية الغرفة |
| **Establishment Card MOHRE** | : | 845132 | : | وزارة الموارد البشرية والتوطين : بطاقة المنشأة |
| **Establishment Card ICA** | : | | : | الهيئة الاتحادية للهوية والجنسية- بطاقة المنشأة |
| **Legal Form** | : Limited Liability Company | | : شركة ذات مسؤولية محدودة | الشكل القانوني |
| **Trade Name** | : CALIDUS L.L.C. | | : كالدس ذ.م.م | الإسم التجاري |
| **Establishment Date** | : | 19/11/2012 | : | تاريخ تأسيس المنشأة |
| **Issue Date** | : | 12/10/2022 | : | تاريخ الإصدار |
| **Expiry Date** | : | 12/11/2023 | : | تاريخ الإنتهاء |

| No. الرمز | Owners / Partners الملاك / الشركاء | Nationality الجنسية | Role الصلة |
|---|---|---|---|
| 41207572 | محمد فارس محمد احمد المزروعى<br>MOHAMED FARIS MOHAMED AHMED ALMAZROUEI | الإمارات العربية المتحدة<br>United Arab Emirates | شريك<br>Partner |
| 20048257 | حمد فارس محمد احمد المزروعى<br>HAMAD FARIS MOHAMED AHMED ALMAZROUEI | الإمارات العربية المتحدة<br>United Arab Emirates | شريك<br>Partner |

**Commercial Activities** :   الأنشطة التجارية :

- Wholesale of Military Equipment Trading — تجارة المعدات العسكرية - بالجملة
- Commercial Agencies — وكالات تجارية
- Wholesale Of Precise Electronic Devices Trading — تجارة الاجهزة الالكترونية الدقيقة - بالجملة
- Research and experimental development in the field of aviation — البحث والتطوير التجريبي في مجال الطيران
- Wholesale Of Mechanical Equipment Trading — تجارة المعدات الميكانيكية - بالجملة
- Exporting — تصدير
- Industrial Enterprises Investment, Institution and Management — الاستثمار في المشروعات الصناعية و تأسيسها و ادارتها
- Importing — استيراد
- Onshore And Offshore Oil And Gas Fields And Facilities Services — خدمات حقول ومنشأت النفط والغاز البرية والبحرية

**Address** : جزيرة أبوظبي, شارع المطار - قطعة 1 - شرق 35 - طابق 3 - مكتب 304, وحدة, صقر لادارة العقارات ذ م م   العنوان

**Onwani Address** :   العنوان الموحد

وثيقة معتمدة وصادرة بدون توقيع او ختم من دائرة التنمية الاقتصادية - أبوظبي. للتحقق من صحة البيانات الواردة في الرخصة برجاء زيارة الموقع www.adbc.gov.ae
Approved document issued without signature or stamp by the Department of Economic Development - Abu Dhabi. To verify the license kindly visit www.adbc.gov.ae

| | | | |
|---|---|---|---|
| **Official Email** | : | salem.mohsin@calidus.ae | البريد الإلكتروني الرسمي : |
| **Official Mobile** | : | +971508123310 | رقم التواصل الرسمي : |

   

www.adbc.gov.ae