# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>$9,781,900.00 OF FUNDS IN THE NAME OF FALCON STRATEGIC SOLUTIONS, *et al.*,<br><br>*Defendants*. | Civil Action No. 22-898 (RDM) |

## ORDER

For the reasons explained in the Court's memorandum opinion, Dkt. 43, it is hereby **ORDERED** that the Government's Motion to Strike, Dkt. 36, is **GRANTED**. Calidus's amended verified claim, Dkt. 9, and its answer, Dkt. 16, are **STRICKEN FROM THE RECORD**.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: December 3, 2025